**Reverse and Remand; Opinion Filed November 21, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00923-CR

**COREY THOMAS FREEMAN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-80780-2011

## MEMORANDUM OPINION ON REMAND

Before Justices Lang, Myers, and Evans
Opinion by Justice Evans

Corey Thomas Freeman was convicted of online solicitation of a minor under section 33.021(b) of the Texas Penal Code. On September 10, 2013, we affirmed the trial court's judgment. *See Freeman v. State*, No. 05-12-00923-CR, 2013 WL 4805698 (Tex. App.—Dallas Sept. 10, 2013, pet. granted). After we issued our opinion and judgment, the Texas Court of Criminal Appeals issued its opinion in *Ex Parte Lo* holding that section 33.021(b) is facially unconstitutional. *See Ex Parte Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013). The court then granted Freeman's petition for review in this case, vacated our judgment, and remanded the cause for reconsideration in light of *Lo*. *See Freeman v. State*, 425 S.W.3d 289 (Tex. Crim. App. 2014) (per curiam).

A law that has been declared facially unconstitutional is void from its inception and cannot provide a basis for any right or relief. *See Ex Parte Chance*, 439 S.W.3d 918, 918–19

(Tex. Crim. App. 2014) (per curiam) (Cochran, J., concurring). For this reason, a person may always obtain relief from an indictment or conviction that was based on a penal statute that has been declared unconstitutional. *Id*. at 919. "No one can be convicted for a non-existent crime and no prior conviction based upon that unconstitutional statute is valid." *Id*.

Freeman was convicted under a statute that has been declared facially unconstitutional. Because Freeman cannot lawfully be convicted for a crime that does not exist, we reverse the trial court's judgment, remand the cause, and direct the trial court to dismiss the indictment.

/David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120923RF.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COREY THOMAS FREEMAN, Appellant

No. 05-12-00923-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial District Court, Collin County, Texas
Trial Court Cause No. 401-80780-2011.
Opinion delivered by Justice Evans.
Justices Lang and Myers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **REVERSED** and the cause **REMANDED** with instructions to enter an order dismissing the indictment.

Judgment entered this 21st day of November, 2014.